**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CRIMINAL PRODUCTIONS, INC.,
a Nevada corporation

---

**MONTHLY STATUS REPORT**

---

COMES NOW Criminal Productions, Inc., ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 16-cv-01575-WYD-MEH:** Plaintiff dismissed the above-referenced action filed against the Defendant John Doe #6, without prejudice on September 12, 2016.

**Civil Action No. 16-cv-01589-WYD-MEH:** Plaintiff dismissed the above-referenced action filed against the Defendant John Doe #6, without prejudice on September 1, 2016.

**Civil Action No. 16-cv-01649-WYD-MEH:** Plaintiff dismissed the above-referenced action filed against the Defendant John Doe #5, without prejudice on August 26, 2016.

**Civil Action No. 16-cv-01688-WYD-MEH:** Plaintiff dismissed the above referenced action filed against the Defendant John Doe #9 without prejudice on September 12, 2016.

**Civil Action No. 16-cv-01698-WYD-MEH:** Plaintiff dismissed the above referenced action filed against the Defendant John Doe #26 without prejudice on August 26, 2016.

**Civil Action No. 16-cv-1761-WYD-MEH:** Plaintiff dismissed the above referenced action filed against the Defendant John Doe #3 with prejudice on September 12, 2016.

**Civil Action No. 16-cv-1802-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 20, 2016.

**Civil Action No. 16-cv-1813-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 20, 2016.

**Civil Action No. 16-cv-1836-WYD-MEH:** Case filed on July 19, 2016.

Respectfully submitted this 12th day of September, 2016.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-440
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 12th, 2016, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

By: /s/ Michelle M. Dickey
Michelle M. Dickey, Paralegal
Brown & Kannady, LLC